E-FILED
Tuesday, 10 June, 2014  12:23:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JACK VICKERY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 14-CV-2003 |
| MICKEY PORTER, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#11) was filed by Magistrate Judge David G. Bernthal in the above cause on May 21, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#11) is accepted by this court.

(2) Defendant's Motion to Dismiss (#2) is GRANTED. Plaintiff's Complaint is hereby dismissed.

(3) This court notes that Judge Bernthal recommended allowing Plaintiff leave to file an amended complaint. On June 3, 2014, Plaintiff filed an Amended Complaint. However, Plaintiff erroneously filed the Amended Complaint as a Response to the Report and Recommendation. Therefore, the clerk is directed to correct the docket to show that the filing is actually an Amended Complaint.

(4) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 10th day of  June , 2014.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE